# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERTA ROSE WIDDICOMBE,<br><br>Defendant. | CR 18-1-BU-DLC<br><br>ORDER |

Upon consideration of the motion for substitution of counsel,

IT IS HEREBY ORDERED that MICHAEL DONAHOE is relieved as counsel and DYLAN MCFARLAND is appointed to represent the Defendant Robert Rose Widdicombe at every stage of the proceedings through appeal, including ancillary matters appropriate to the proceedings.

DATED this 7th day of May, 2018.

_Jeremiah C. Lynch_
Jeremiah C. Lynch
United States Magistrate Judge